IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LILLY CROWLEY, et al.                                              PLAINTIFFS

v.                    Civil No. 05-5098

DALE DENVER, et al.                                                DEFENDANTS

### O R D E R

Now on this 20th day of September, 2006, comes on for consideration **Plaintiff's Motion to Dismiss Some Individual Defendants (Doc. 26).** Defense counsel has advised that he has no objection to the motion. Accordingly, the motion is hereby **GRANTED** and plaintiff's claims against **Defendants Rob Holly, Travis Newell, and Dale Denver** are hereby **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE